### LEW HOLLENBECK ET AL. V. THE STATE.

No. 1703.    Decided May 24, 1899.

**Bail Bond—Forfeiture—Time of Filing Transcript on Appeal.**

By article 1015, Revised Statutes, transcripts on appeal, in civil cases, must be filed within ninety days after filing the appeal bond, unless good cause be shown. Forfeited bail bonds are governed by the same rule (Code of Criminal Procedure, article 485),—and, unless the transcript is filed in the Court of Criminal Appeals in such cases within ninety days after appeal is perfected, the appeal will be dismissed.

APPEAL from the District Court of Hardeman. Tried below before Hon. G. A. BROWN.

Appeal from a judgment of forfeiture of a bail bond in the sum of $600, executed for defendant's appearance to answer a charge of theft of cattle.

*Robt. A. John*, Assistant Attorney-General, moved to dismiss the appeal, because the transcript for appeal was not filed within ninety days, the time prescribed by law; citing Revised Statutes, article 1015, and Code of Criminal Procedure, article 485.

*B. E. Green*, for appellant.

DAVIDSON, PRESIDING JUDGE.—This appeal is prosecuted from a forfeiture of bail bond. The appeal bond was filed March 22, 1898. The transcript was filed in this court on January 13, 1899. Motion is made to dismiss the appeal, because said transcript was not filed within ninety days after filing the appeal bond, as required by article 1015 of the Revised Statutes. By an act of the Legislature, appeals in forfeited bail bonds are governed by the same rules as those prescribed for appeals in civil cases. Among other things, in regard to the appeal in civil cases, the transcript is required to be filed in the appellate court within ninety days after the perfection of the appeal, or good cause shown why this was not done. A considerable time over ninety days elapsed after the filing of the appeal bond before the transcript was filed in this court. and no attempt has been made to explain this delay. The motion is well taken, and the appeal is dismissed.

*Dismissed.*

[NOTE.—Appellant's motion for rehearing, filed June 8, 1899, was overruled without a written opinion.—Reporter.]